UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FATIMA RODRIGUEZ AND FELIX GONZALEZ VARGAS,<br><br>              Plaintiffs,<br>    v.<br><br>JULIET SIERRA LLC, CHARLES LEWIS, AND SERGIO MIHEL,<br><br>              Defendants. | Case No.:10-CV-01719-LHK<br><br>ORDER REGARDING CASE DEADLINES |

The Court previously ordered the parties to complete mediation by February 10, 2011. On February 28, 2011, the parties submitted a stipulation indicating that they were unable to complete mediation by this deadline and requesting an extension until March 9, 2011. The parties should have requested an extension 14 days before the mediation deadline, or at the very latest, as soon as it became clear that they would not meet the deadline. *See* Civil Local Rule 6-1(b) ("[a]ny stipulated request or motion which affects a hearing or proceeding on the Court's calendar must be filed no later than 14 days before the scheduled event."). The Court will extend the mediation deadline so that the parties can engage in mediation. However, no other case deadlines will be extended. The class certification motion remains due on March 3, 2011. All discovery deadlines remain in place. The case management conference set for March 16, 2011 remains as set.

**IT IS SO ORDERED.**

Dated: March 1, 2011

                                                _____
                                                LUCY H. KOH
                                                United States District Judge