UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FATIMA RODRIGUEZ AND FELIX GONZALEZ VARGAS,<br><br>                Plaintiffs,<br>   v.<br><br>JULIET SIERRA LLC, CHARLES LEWIS, AND SERGIO MIHEL,<br><br>                Defendants. | Case No.:10-CV-01719-LHK<br><br>ORDER REQUIRING PARTIES TO FILE CASE MANAGEMENT STATEMENT |

A Case Management Conference is scheduled before the undersigned judge on March 16, 2011. Under Civil Local Rule 16-9, parties are required to submit a Joint Case Management Statement a week before the Case Management Conference. No Case Management Statement has been filed. Accordingly, the parties shall file a Joint Case Management Statement by Monday, March 14, 2011.

IT IS SO ORDERED.

Dated: March 11, 2011

_____
LUCY H. KOH
United States District Judge

1

Case No.: 10-CV-01719-LHK
ORDER REQUIRING PARTIES TO FILE CASE MANAGEMENT STATEMENT