**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FATIMA RODRIGUEZ AND FELIX GONZALEZ VARGAS,<br><br>             Plaintiffs,<br>    v.<br><br>JULIET SIERRA LLC, CHARLES LEWIS, AND SERGIO MIHEL,<br><br>             Defendants. | Case No.:10-CV-01719-LHK<br><br>ORDER RESETTING CASE MANAGEMENT CONFERENCE |

On March 11, 2011, the parties filed a joint statement indicating that they have settled all claims and will be filing stipulated dismissal(s) "shortly." The parties request a 45 day extension of the Case Management Conference, currently set for March 16, 2011. The Court hereby continues this Case Management Conference to April 27, 2011 at 2 p.m. The parties shall file all dismissals by **April 15, 2011**. Otherwise, the case schedule remains as previously set.

IT IS SO ORDERED.

Dated: March 14, 2011

_____
LUCY H. KOH
United States District Judge

1
Case No.: 10-CV-01719-LHK
ORDER RESETTING CASE MANAGEMENT CONFERENCE